IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COX ENTERPRISES, INC. SET-TOP | ) | Case No. 09-ML-2048-C |
| CABLE TELEVISION BOX | ) | |
| ANTITRUST LITIGATION | ) | |

**O R D E R**

Plaintiff's unopposed request for status conference (Dkt. No. 269) is granted, but the conference will not be held until briefing is complete on Plaintiffs' Motion for Reconsideration (Dkt. No. 266). All unexpired deadlines are held in abeyance until further Order.

IT IS SO ORDERED this 19th day of January, 2012.

_____
ROBIN J. CAUTHRON
United States District Judge